# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Eddie Sylvester Steele,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:12-cv-00750-RJC |
| | ) | 3:06-cr-00190-RJC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2016 Order.

March 30, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court